# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

```
------------------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :   Hon. Madeline Cox Arleo
                                    :
      v.                            :   Crim. No. 14-220
                                    :
                                    :   NOTICE OF MOTION
LATEEF GRIMSLEY                     :
                                    :
------------------------------------------------ x
```

PLEASE TAKE NOTICE that LATEEF GRIMSLEY, by and through his counsel, Holland & Knight LLP, will move before the Honorable Madeline Cox Arleo, United States District Judge on _____ for:

1.  an ORDER severing Defendant Lateef Grimsley from the Government's Sixth Superseding Indictment;

2.  an ORDER granting an evidentiary hearing regarding the Government's search of 44 Oraton Street, Newark, New Jersey;

3.  an ORDER suppressing all evidence obtained by the Government from the search of 707 Broadway, Newark, New Jersey on November 12, 2013; and

4.  an ORDER granting such leave as necessary to file additional motions, or amend or supplement motions previously filed as necessary.

In support of this application, Lateef Grimsley relies upon the attached Affidavit of Lateef Grimsley; Certification of Lee Vartan and attached Exhibits; and Brief in Support.

Dated: February 24, 2017

Lee Vartan, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3513
*Attorneys for Lateef Grimsley*